IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH T. WILDBERGER,
        Plaintiff,

vs.                                      Case No. 3:04cv360/MCR/EMT

SMITH, et al,
        Defendants.
_____/

**REPORT AND RECOMMENDATION**

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). Leave to proceed in forma pauperis has been granted (Doc. 10).

        By order of the court dated December 13, 2004, Plaintiff was given thirty (30) days in which to file an amended civil rights complaint (Doc. 11). Thereafter, on January 11, 2005, the court granted Plaintiff's request for a thirty (30) day extension of time in which to file an amended complaint (Doc. 13). That time elapsed with no amended complaint having been filed. Accordingly, the court issued an Order to Show Cause on March 30, 2005, which provided Plaintiff twenty (20) days from the entry of the order in which to show cause, if any, why the case should not be dismissed for failure to comply with an order of the court (Doc. 14). That time has elapsed with nothing filed by Plaintiff. Review of the record shows that Plaintiff has filed nothing since January 10, 2005.

        Plaintiff has a duty to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure, and his lack of action for over ninety (90) days demonstrates that he does not intend to prosecute his claims. Whenever there has been no activity, as is in the instant matter, the case may be dismissed

by the court for want of prosecution.  *See* N.D. Fla. Loc. R. 41.1(A).  Therefore, Plaintiff's claims should be dismissed.

Accordingly, it is respectfully **RECOMMENDED**:

1. That Plaintiff's claims be **DISMISSED without prejudice** for failure to comply with an order of the court and for failure to prosecute.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 4th day of May, 2005.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**