**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

KENNETH T. WILDBERGER,

    Plaintiff,

vs.                              Case No. 3:04cv360/MCR/EMT

SMITH, et al,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 4, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's claims are **DISMISSED without prejudice** for failure to comply with an order of the court and for failure to prosecute.

    3. The clerk is directed to close the file.

    **DONE AND ORDERED** this 3rd day of June, 2005.

                                      _s/ M. Casey Rodgers_
                                      **M. CASEY RODGERS
                                      UNITED STATES DISTRICT JUDGE**